UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eddie Burt Wagle,

          Plaintiff,         Case No. 21-cv-12881

v.                              Judith E. Levy
                               United States District Judge

Corizon and Kim Farris,
                               Mag. Judge Kimberly G. Altman

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [43]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 43) recommending that the motion for summary judgment filed by Defendants Corizon and Kim Farris (ECF No. 25) be GRANTED as to Farris and DENIED WITHOUT PREJUDICE as to Corizon. The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 43) is ADOPTED;

Defendants' motion for summary judgment (ECF No. 25) is GRANTED as to Farris; and

Defendants' motion for summary judgment (ECF No. 25) is DENIED WITHOUT PREJUDICE as to Corizon.[1]

As stated in the R&R, the case now "proceed[s] only against Corizon and . . . remain[s] stayed until [Corizon's] bankruptcy proceedings are concluded or the stay is otherwise lifted." (ECF No. 43, PageID.267–268.)

IT IS SO ORDERED.

Dated: September 14, 2023  s/Judith E. Levy
    Ann Arbor, Michigan  JUDITH E. LEVY
                                    United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 14, 2023.

                                    s/William Barkholz
                                    WILLIAM BARKHOLZ
                                    Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).

2