# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Eddie Burt Wagle,

                Plaintiff,       Case No. 21-cv-12881

v.                             Judith E. Levy
                             United States District Judge

Corizon,

                             Mag. Judge Kimberly G. Altman
                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [54]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 54) recommending that the case be dismissed without prejudice. The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 54) is ADOPTED; and

The case is dismissed without prejudice.[1]

IT IS SO ORDERED.

Dated: December 11, 2025          s/Judith E. Levy
       Ann Arbor, Michigan        JUDITH E. LEVY
                                  United States District Judge


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 11, 2025.

                          s/Tammy Hallwood
                          TAMMY HALLWOOD
                          Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

2